

# Fourth Court of Appeals
## San Antonio, Texas

September 23, 2014

No. 04-14-00616-CR

Arthur Thomas **MAYES**,
Appellant

v.

**THE STATE OF TEXAS**,
Appellee

From the 144th Judicial District Court, Bexar County, Texas
Trial Court No. 2013CR2601A
Lorina I. Rummel, Judge Presiding

### O R D E R

On July 15, 2014, Appellant Arthur Mayes was convicted of the offense of assault causing serious bodily injury in cause number 2013-CR-2601A. Mayes entered a plea of nolo contendere assessed punishment at thirty-five years confinement in the Institutional Division of the Texas Department of Criminal Justice.

On September 3, 2014, the district clerk filed a notification of late record indicating the record was not filed because Mayes had not filed a notice of appeal. The record does not contain a written notice of appeal. Although the record indicates that Mayes filed a motion for leave to file a late notice of appeal, Texas Rule of Appellate Procedure 25.2(c) requires notice of appeal "be given in writing and filed with the trial court clerk. TEX. R. APP. PROC. 25.2(c).

Therefore, we ORDER Mayes to SHOW CAUSE in writing within fifteen days of the date of this order why this appeal should not be dismissed for want of jurisdiction. If Appellant fails to show cause within the time provided, the appeal will be dismissed. *See* TEX. R. APP. P. 43.2(f).

All other appellate deadlines in this matter are suspended until further order of this court.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 23rd day of September, 2014.

_____
Keith E. Hottle
Clerk of Court